UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| PORTER STANSBERRY<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No.:  16-1198 |

## MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1) and as further supported by the attached Memorandum of Law in support of this motion, Plaintiff Porter Stansberry respectfully moves for entry of an order granting him leave to serve a third-party subpoena prior to a Rule 26(f) conference. A proposed order is attached for the Court's convenience.

Dated:  April 21, 2016

Respectfully Submitted,

/s/

Sherry H. Flax
Robin D. Leone
Saul Ewing LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8784 (Telephone)
(410) 332-8785 (Facsimile)
sflax@saul.com
rleone@saul.com

1324750.1 04/21/2016